UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC TOBIAS WOODS,

        Petitioner,

                                  CASE NO. 06-CV-13741

v.                               HONORABLE GEORGE CARAM STEEH

KENNETH T. MCKEE, Warden,

        Respondent.
_____/

### ORDER DENYING ISSUANCE OF CERTIFICATE OF APPEALABILITY

On March 30, 2015, the court denied petitioner's motion for relief from judgment. Under Fed. R. App. P. 22, an appeal may not proceed absent a certificate of appealability ("COA") issued under 28 U.S.C. § 2253. A COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds no substantial showing of the denial of a constitutional right was made by petitioner, and accordingly DENIES the issuance of a certificate of appealability.

        IT IS SO ORDERED.

Dated: July 27, 2015

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and also on Eric Woods #342158, Chippewa Correctional Facility, 4269 W. M-80, Kincheloe, MI 49784 on July 27, 2015, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk